JILL P. TELFER, State Bar No. 145450
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:     (916) 446-1916
Facsimile:     (916) 446-1726
E-mail:        jtelfer@telferlaw.com

Attorneys for Plaintiff
MARLIESE JEPHSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIESE JEPHSON,<br><br>            Plaintiff,<br><br>     v.<br><br>RONALD M. CARN, M.D., Individually, RONALD M. CARN, M.D., INC., and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No.: 2:20-cv-02035-MCE-CKD<br><br>**ORDER CONCERNING PLAINTIFF'S OBJECTION TO THE COURT'S OCTOBER 13, 2020 INITIAL PRE-TRIAL SCHEDULING ORDER** |

On December 18, 2020 the Court received Plaintiff MARLIESE JEPHSON's ("Plaintiff") Objection to the Court's October 13, 2020 Initial Pretrial Scheduling Order [ECF No. 7] The Court having considered Plaintiff's objections hereby modifies the Initial Pretrial Scheduling Order [ECF No. 3] as to extend the discovery cut-off date from November 21, 2021 to **January 31, 2022**.

IT IS SO ORDERED.

**Dated:  January 7, 2021**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE